# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 7, 2006*

[Cite as *12/7/2006 Case Announcements,* 2006-Ohio-6383.]

## MOTION AND PROCEDURAL RULINGS

**2006–1000. Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–574. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to strike appellee Washington County Board of Revision and Washington County Auditor's brief,
   It is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 8, 2006*

[Cite as *12/8/2006 Case Announcements,* 2006-Ohio-6442.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–2157. State ex rel. Bernard v. Melfi.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
   PFEIFER, J., dissents and would deny the motion and refer the matter immediately to the court's mediator.

## MOTION AND PROCEDURAL RULINGS

**2005–2162. Bellman v. Am. Internatl. Group.**
Lucas App. No. L–03–1301, 163 Ohio App.3d 540, 2005-Ohio-5250. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the motion for admission pro hac vice of Alan S. Gilbert by Rodger L. Eckleberry,
   It is ordered by the court that the motion for admission pro hac vice is granted.

**2006–1608. State v. Schlee.**
Lake App. No. 2005–L–105, 2005-Ohio-3208. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Lake County. It appearing to the court that appellant is without counsel,
   It is ordered by the court that DOUGLAS R. Cole and F. Eugene Crawford of Columbus, Ohio are appointed to represent appellant on a pro bono basis.
   It is further ordered that appellant shall file a merit brief within forty days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. IV(3) and S.Ct.Prac.R. VI.

## MEDIATION REFERRALS

   The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–2052. State ex rel. Dann v. Mabe.**
In Mandamus.